IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES DONELSON, #R02279, | ) | |
| | ) | No. 09 C 6227 |
| Plaintiff, | ) | |
| | ) | Hon. Elaine E. Bucklo |
| v. | ) | Judge Presiding |
| | ) | |
| JOSE M. PRADO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT</u>**

NOW COME Defendants SEAN HAYDEN, JOSE PRADO, KARL KIRK, MARK COLE, CHRIS DEVER, and JUSTIN BRYANT, by and through their attorney, LISA MADIGAN, Attorney General of the State of Illinois, to hereby answer Plaintiff's Complaint pursuant to the provisions of the Prisoner Litigation Reform Act, 42 U.S.C. Section 1997 (e)(g), and do hereby waive filing an Answer pursuant to the Act and demand trial by jury. However, pursuant to the Act, this waiver does not constitute an admission to the claims and allegations of the plaintiff's complaint.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois         By:    s/ Saira J. Alikhan
                                            SAIRA J. ALIKHAN
                                            Assistant Attorney General
                                            General Law Bureau
                                            100 West Randolph Street, 13th Fl.
                                            Chicago, Illinois 60601
                                            (312) 814-6131